# In the United States Court of Federal Claims

No. 21-1354 C
Filed: May 17, 2021

```
* * * * * * * * * * * * * * * * *  *
                                   *
                                   *
CW GOVERNMENT TRAVEL, INC.         *
A/K/A CWTSATOTRAVEL                *
                                   *
                                   *
            Plaintiff,             *
                                   *
      v.                           *
                                   *
                                   *
THE UNITED STATES,                 *
                                   *
            Defendant.             *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## SCHEDULING ORDER

On May 13, 2021, Plaintiff filed a Motion for a Temporary Restraining Order and Preliminary Injunction. ECF No. 3 ("TRO/PI Motion"). On May 17, 2021, the Court held a telephonic initial status conference, during which the parties consented to the following schedule:

- **May 24, 2021**: Deadline to file the administrative record, and deadline for any motions to intervene.

- **June 2, 2021**: Deadline for the government's response to Plaintiff's TRO/PI Motion.

- **June 9, 2021**: Deadline for Plaintiff's reply in support of its TRO/PI Motion.

- **June 11, 2021 at 10:00 a.m. EDT**: Oral argument on the TRO/PI Motion. The Court will provide further information on courtroom location.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
Zachary N. Somers
Judge